AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**LEIGHTON MARTIN CURTIS**<br><br>Defendant(s) | )<br>)<br>) Case No. 11-6038-RSR<br>)<br>)<br>) |

FILED BY 2011 FEB -2 PM 1:24 STEVEN... CLERK... S.D. OF FL... D.C.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 14, 2011__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18, U.S.C Section 1591(a) | Knowingly, in or affecting interstate or foreign commerce, recruits, entices, harbors, transports, provides, obtains, or maintains, by any means a person, knowing, or in reckless disregard of the fact, that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Regino E. Chavez, Special Agent FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/2/11

_____
Judge's signature

City and state: Fort Lauderdale, Florida

Robin S. Rosenbaum U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT OF REGINO E. CHAVEZ
## SPECIAL AGENT, FEDERAL BUREAU OF INVESTIGATION

I, Regino E. Chavez, being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice. I have worked in this position since November of 2003. I am currently assigned to the Miami Field Office of the FBI and I am a member of the Minor Vice Task Force (MVTF) in South Florida. The MVTF is comprised of state, local, and federal law enforcement which includes the City of Miami Police Department (MPD), Miami-Dade Police Department (MDPD), Miami Beach Police Department (MBPD), and the Broward Sheriff's Office (BSO), whose purpose is to address the Department of Justice's "Innocence Lost" initiative. I am presently assigned to handle violent crimes, including offenses involving sex trafficking of children, in violation of Title 18, United States Code, Section 1591; enticing a minor to engage in prostitution, in violation of Title 18, United States Code, Section 2422(b); as well as offenses involving transportation for purposes of prostitution, in violation of Title 18, United States Code, Section 2421. Prior to being assigned to the Miami Field Office, I was assigned to the San Juan Field Office for approximately five (5) years and have participated in investigations involving money laundering and drug trafficking, as well as police corruption and violations of civil rights.

2. I base the facts in this affidavit upon my personal knowledge, as well as knowledge, information, and documentation that I obtained from other law enforcement officers while in my official capacity. I am submitting this affidavit for the limited purpose of establishing probable cause for a criminal complaint against LEIGHTON MARTIN CURTIS, (hereinafter referred to as CURTIS). This affidavit does not include every fact that I know

about this investigation.

## BACKGROUND OF THIS INVESTIGATION

3.     On January 18, 2011, BSO responded to a call at El Palacio Hotel located at 4900 NW 9th Avenue, Oakland Park, Florida. When they arrived at the hotel, they came into contact with a minor female identified as "K.P." (hereinafter K.P.). A preliminary interview conducted by BSO Deputy V. D'Esposito revealed that K.P. was 17 years old and had been in the company of CURTIS and a second minor, identified as "L" (hereinafter L). K.P. had managed to run away from CURTIS, but CURTIS had taken and was holding L by force. BSO then contacted my office and I arranged to meet with K.P.

4.     On January 21, 2011, I conducted an interview of K.P. K.P. provided the following information:

a.     In January 2011, K.P. worked briefly as a prostitute in Fort Lauderdale, Florida with CURTIS acting as her pimp. According to K.P., she became involved in prostitution when she was 14 or 15 years old. K.P. became acquainted with L in San Diego, California approximately one year ago when she met L on "the tracks[1]." According to K.P., L told her that she was a runaway, that she was 15 years old, and that she had been prostituting herself for CURTIS for approximately two years. Sometime after they met, K.P. spoke with L on the telephone, and L asked for her help in getting away from CURTIS. K.P. was unable to help L at that time.

b.     In January 2011, K.P. learned that L was in Fort Lauderdale with CURTIS. K.P. came to Fort Lauderdale on January 5, 2011, with the intention of helping L get away

---

[1] The "track" is a prostitution term used to refer to a street or physical location where prostitution is carried on.

from CURTIS. On or about January 12, 2011, K.P. met CURTIS for the first time at a Holiday Inn in Broward County, Florida. In an effort to get close to CURTIS so she could help L, K.P. told CURTIS that she "was ready to come home." (According to K.P., that phrase meant that she was ready to start working as a prostitute for CURTIS). K.P. also told CURTIS that she was getting away from another pimp and that she would make him $1,200.00 a night. In addition, K.P. told CURTIS that she was 17 years old and that she was pregnant. K.P., L, and CURTIS stayed at a Homestead Suites in Broward County that night.

c. The following night K.P., L, and CURTIS went to a La Quinta Inn in Broward County, where CURTIS paid for two rooms. CURTIS drove K.P. to meet with a prostitution client, and K.P. engaged in sexual activity with the client in exchange for money. K.P. made $300 from the date, money she then turned over to CURTIS. That night, K.P., L and CURTIS stayed at the La Quinta Inn, and K.P. had sexual intercourse with CURTIS.

d. On her third night with CURTIS, K.P., L and CURTIS again stayed at the La Quinta Inn and K.P. did not have any prostitution dates.

e. On her fourth night with CURTIS, K.P., L, and CURTIS went to the Hard Rock Resort and Casino. While they were there, K.P. and L ran away from CURTIS.

f. The following day, K.P. and L were in the area of a Miami Subs restaurant near the El Palacio Hotel. CURTIS was driving his car down the street in the same area and began chasing them in his car. K.P. and L ran into the El Palacio Hotel and tried to enter a room, but CURTIS caught up to them and he grabbed L. K.P. did not see how CURTIS grabbed L, but she heard a punch. CURTIS took L with him. K.P. managed to get inside a room, where the occupant of the room called the police. The police responded and took K.P. into custody.

g. According to K.P., while she was with CURTIS, CURTIS posted several ads of

3

her on the internet website "backpage."[2] The purpose of these ads was to advertise K.P.'s prostitution services on the internet. CURTIS used K.P.'s backpage account to post some of the ads, but used his own credit card account information to pay for the ads.

 h. CURTIS paid for the rooms at the La Quinta Inn and the Homestead Suites.

 i. K.P. advised that for the brief time she worked for CURTIS, she used her cellular telephone to communicate with CURTIS about prostitution.

 j. According to K.P., CURTIS is aware that she is a minor and she also believes that CURTIS knows that L is a minor. K.P. stated that, at one point, CURTIS sent a text message to L that K.P. observed. The message read "bitch you only 16."

 5. On January 18, 2011, after speaking with K.P., BSO located CURTIS in his vehicle. Inside the car were four cellular telephones and a digital camera. CURTIS denied ownership of the phones and camera, and agreed to allow BSO to take custody of them. One of the cellular telephones has call number XXX-XXX-0968 and was identified by K.P. as belonging to CURTIS. That phone has CURTIS' picture on the home screen. In addition, that phone contains several pictures of CURTIS and L. A second cellular telephone has call number XXX-XXX-2186 and was identified as belonging to L. That phone has L's picture on the home screen and contains several pictures of L and CURTIS. A third cellular telephone with call number XXX-XXX-7405, and a fourth cellular telephone with call number XXX-XXX-6367, were identified by K.P. as her own phones. The digital camera contains numerous pictures of CURTIS along with K.P. and L.

 6. Cellular telephones XXX-XXX-2186, XXX-XXX-7405, and XXX-XXX-6367

---

[2]The internet site **"http://www.backpage.com"** is a collection of internet-based online resources, including classified ads, forums, and various email services.

were used to advertise K.P. and other females on backpage. Some of the advertisements that appear on backpage contain pictures of K.P. The advertisements were posted by CURTIS. Some of the advertisements contain CURTIS' information in the customer section and some contain K.P.'s information. Also, there are numerous text messages between CURTIS' telephone and the phone with telephone number XXX-XXX-2186. The content of these messages relate to prostitution activity. An example of one of these text messages to CURTIS' phone reads as follows: "No gud try again. Daddy I need u to get me on a schedule. Show me how to be independent responsible an more. U are my daddy an am not an indie. I need the skilz."[3]

## CONCLUSION

7. Based upon my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that there is probable cause to believe that LEIGHTON MARTIN CURTIS knowingly recruited, enticed, harbored, transported, provided, obtained, or maintained, by any means, an individual known as K.P., knowing and in reckless disregard of the fact that K.P. had not attained the age of 18 and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a).

REGINO E. CHAVEZ, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn and subscribed before me this 2nd day of Feb., 2011.

ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

---

[3] This is an outgoing message sent from XXX-XXX-2186 to XXX-XXX-0968 on November 12, 2011 at 23:19:54. "Daddy" is a prostitution term used to refer to a pimp and "indie" is another prostitution term used to refer to a prostitute who does not have a pimp.

5